ANDRE SHIPLEY et al., Respondents, v CITY OF NEW YORK et al., Appellants.

Decided January 20, 2015

Reargument ordered and case set down for argument during a future session of this Court.

Concur: Chief Judge LIPPMAN and Judges READ, PIGOTT, RIVERA and ABDUS-SALAAM.

ANGELO SKALAFURIS, Appellant, v HARRY ARPADI, Respondent.

Submitted December 15, 2014; decided January 20, 2015

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (see NY Const, art VI, § 3 [b]; CPLR 5602).

LISA LEIGH SMITH, Also Known as LISA SELMONOSKY, et al., Appellants, v GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Also Known as GUARDIAN, Respondent.

Submitted December 1, 2014; decided January 20, 2015

Motion for reargument of motion for leave to appeal denied [see 24 NY3d 909 (2014)].